# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEGO A/S, LEGO Systems, Inc., and LEGO Juris A/S<br><br>Plaintiffs,<br><br>v.<br><br>OYO Toys, Inc.<br><br>Defendant. | Civil Action No. 1:20-cv-11632-FDS<br><br><br><br><br><br><br><br>OCTOBER 13, 2021 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), and Local Civil Rule 68.2, Plaintiffs LEGO A/S, LEGO Systems, Inc., and LEGO Juris A/S and Defendant OYO Toys, Inc. hereby stipulate to a dismissal of this action without prejudice and without attorneys' fees or costs to either party.

Respectfully submitted,

/s/ Andraya Pulaski Brunau

Elizabeth A. Alquist (admitted pro hac vice)
Andraya Pulaski Brunau (BBO # 688729)
Woo Sin Sean Park (admitted pro hac vice)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Phone (860) 275-0100
eaalquist@daypitney.com
abrunau@daypitney.com
wpark@daypitney.com

Jonathan I. Handler (BBO# 561475)
Day Pitney LLP
One Federal St.
Boston, MA 02110
Phone (617) 345-4600
jihandler@daypitney.com

*Attorneys for Plaintiffs LEGO A/S, LEGO Systems, Inc., and LEGO Juris A/S*

/s/ Ethan Holtz

Thomas R. Shane (BBO# 453420)
Shane & Associates
212 Willowbend Drive
Mashpee, MA 02649
Phone (617) 515-1730
trshane@sandalaw.com

David S. McDaniel (admitted pro hac vice)
Ethan Holtz (admitted pro hac vice)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone (248) 351-3000
dmcdaniel@jaffelaw.com
eholtz@jaffelaw.com

*Attorneys for Defendant OYO Toys, Inc.*

Dated:  October 13, 2021